Hencil CANNON, Plaintiff–Appellant,

v.

BURLINGTON COAT FACTORY OF
NORTH CAROLINA, LLC,
Defendant–Appellee.

No. 14–2188.

United States Court of Appeals,
Fourth Circuit.

Submitted June 24, 2015.

Decided July 2, 2015.

Kirk J. Angel, Angel Law Firm, PLLC, Concord, North Carolina, for Appellant. Alice A. Kokodis, Locke Lord LLP, Boston, Massachusetts, for Appellee.

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hencil Cannon appeals the magistrate judge's order granting summary judgment to Burlington Coat Factory of North Carolina, LLC, on Cannon's age discrimination and retaliation claims.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Can-*

* Pursuant to 28 U.S.C. § 636(c) (2012), the parties consented to proceed before the mag-

*non v. Burlington Coat Factory of N.C., LLC,* No. 1:12–cv–00430–JEP–JEP, 2014 WL 4924280(M.D.N.C. Sept. 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*